[No. 29077-8-III.   Division Three.   May 17, 2011.]

OB-1, LLC, *Appellant*, v. JONATHAN PINSON ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Grant
County, No. 06-2-01547-5, John D. Knodell III, J., entered
April 23, 2010. *Affirmed in part* and *remanded* by unpub-
lished opinion per Siddoway, J., concurred in by Korsmo,
A.C.J., and Brown, J.

[No. 29544-3-III.   Division Three.   May 17, 2011.]

*In the Matter of the Postsentence Review of* EDWARD LELAND
DOESCHER.

Appeal from a judgment of the Superior Court for Benton
County, No. 10-1-00341-3, Cameron Mitchell, J., entered
June 17, 2010. *Reversed* and *remanded with instructions* by
unpublished opinion per Kulik, C.J., concurred in by
Sweeney and Brown, JJ.